AO 91 (Rev. 11/11) Criminal Complaint

| | | |
|---|---|---|
| AUSA: | Ann Nee | Telephone: (313) 226-9100 |
| Special Agent: | Matthew Hughes | Telephone: (313) 965-2323 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Kevin Thomas Howard

Case No.

Case: 2:25−mj−30761
Assigned To : Unassigned
Assign. Date : 12/17/2025
Description: RE: KEVIN THOMAS HOWARD (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _July 2, 2025 - December 16, 2025_ in the county of _Wayne_ in the _____ District of _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2) | Receipt and Distribution of Child Pornography |
| 18 U.S.C. § 2252A(a)(5) | Possession of Child Pornography |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

Matthew R. Hughes, Special Agent
_Printed name and title_

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: December 17, 2025

City and state: Detroit, MI

_Judge's signature_

Hon. David R. Grand, United States Magistrate Judge
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Matthew R. Hughes, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I have been employed as a Special Agent of the FBI since October 2019 and am currently assigned to the FBI Detroit Division. While employed by the FBI, I have investigated federal criminal violations related to internet fraud, computer intrusions, and the FBI's Innocent Images National Initiative, which investigates matters involving the online sexual exploitation of children. I have gained experience through training at the FBI Academy, post Academy training, and everyday work related to conducting these types of investigations.

2. I have received training in the area of child pornography and child exploitation and have reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. Moreover, I am a federal law enforcement officer who is engaged in enforcing criminal laws, including 18 U.S.C. § 2252A. I am authorized by law to request a arrest warrant.

3. This affidavit is made in support of an application for a criminal complaint and arrest warrant for **Kevin Thomas Howard** for violations of 18 U.S.C.

1

§ 2252A(a)(2) (Receipt and Distribution of Child Pornography) and 18 U.S.C. § 2252A(a)(5) (Possession of Child Pornography).

4. The statements contained in this affidavit are based in part on information provided by U.S. federal law enforcement agents, written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents/officers, information gathered from investigative sources of information, and my experience, training, and background as a special agent. Because this affidavit is being submitted for the limited purpose of securing authorization for the requested arrest warrant, I have not included each and every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause that Osborn has violated the above offense.

## PROBABLE CAUSE

5. On or about December 8, 2025, the National Center for Missing and Exploited Children (NCMEC) contacted the FBI Detroit Field Office with two Cybertips submitted to them by Kik that included files of interest determined to be child pornography.

6. On or about July 2, 2025, the messaging platform Kik submitted a Cybertip to NCMEC that the user kevin_howar1094 had uploaded and shared seven

videos in a private chat with another user that were flagged by Kik as apparent child pornography.

7. I reviewed the files provided to NCMEC by Kik and each of the seven videos met the federal definition of child pornography. One file, titled "6e5f9b…." depicted an infant aged female being penetrated vaginally by an adult male's penis.

8. The email address associated with the username was khoward[redacted]@yahoo.com. The IP address associated with the file upload to Kik was found to be serviced by Comcast.

9. On or about September 8, 2025, Kik submitted a Cybertip to NCMEC for the username cccuuummm12345. According to Kik the user shared seven videos in a private chat with another user that were flagged by Kik as apparent child pornography.

10. I reviewed the files provided to NCMEC by Kik for the Cybertip and each of the seven videos met the federal definition of child pornography. Five of the videos were different than those uploaded in the previous Cybertip. One file, titled "64a69c…" depicted an adult male placing an infant aged female on his lap and then penetrating her vaginally with his penis.

11. The email address associated with the username cccuuummm12345 was the same khoward[redacted]@yahoo.com. The IP address was the same Comcast IP address identified in the previous Cybertip.

12. A subpoena was served to Comcast on or about December 8, 2025 for the identified IP address for the billing and subscriber information as it was assigned on September 8, 2025. A return was received on December 9, 2025. The billing address for the IP address was linked to a residential address in Westland. The subscriber was the Kevin Howard. The phone number XXX-XXX-XXXX was associated with the account.

13. Federal search warrants for the Westland address and the person of Kevin Howard were obtained on December 14, 2025.

14. Howard was encountered in a traffic stop and detained on December 16, 2025. His cell phone was seized from the driver's seat of his vehicle.

15. During an interview with law enforcement, Howard admitted that he used the email account khoward[redacted]@yahoo.com.

16. Howard admitted to using Kik for several years, and during that time, he received and distributed videos and images he knew to be child pornography. Howard stated that he was a member of several groups that would trade child pornography, and he would often trade videos and images he obtained from others. He last used Kik in November of 2025 but has since deleted it. Howard admitted that the username kevin_howar1094 was his.

## CONCLUSION

17.     Based on the foregoing, there is probable cause to believe Kevin Thomas Howard has committed violations of 18 U.S.C. § 2252A(a)(2) (Receipt and Distribution of Child Pornography) and 18 U.S.C. § 2252A(a)(5) (Possession of Child Pornography).

Respectfully submitted,

Matthew R. Hughes, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence
And/or by reliable electronic means.

HON. DAVID R. GRAND
UNITED STATES MAGISTRATE JUDGE

Date:   December 17, 2025